# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**ROSE BEHNKE**,
    Plaintiff,

  v.          Case No. **23-CV-542**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration**,
    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that pursuant to the parties' stipulated motion this matter shall be **remanded** to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

Date: November 28, 2023

          Gina M. Colletti, Clerk of Court
          EASTERN DISTRICT OF WISCONSIN
          (By) Deputy Clerk, *s/Amanda Chasteen*
          Approved this 28th day of November, 2023.

          *William E. Duffin* (signature)
          WILLIAM E. DUFFIN
          United States Magistrate Judge